OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS    FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

4/17/2015

Tawater, Royce William          Tr. Ct. No. 29,503          COA No. 06-14-00075-CR
                                                                        PD-0004-15

Appellant's pro se petition has been reinstated; as of this date, the appellant's pro se petition for discretionary review is now considered timely filed.

Abel Acosta, Clerk

6TH COURT OF APPEALS CLERK
DEBBIE AUTREY
100 N. STATE LINE AVE.
TEXARKANA, TX 75501-5666
* DELIVERED VIA E-MAIL *